No. 665, Misc. FARROW *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se. James N. Lafferty* and *Victor H. Blanc* for respondent.

No. 666, Misc. LA MERE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 667, Misc. HINES *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 671, Misc. BERRY *v.* GRAY, WARDEN. Court of Appeals of Kentucky. Certiorari denied.

No. 678, Misc. BEACH *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 680, Misc. STEWART *v.* MAYO, PRISON CUSTODIAN, ET AL. Supreme Court of Florida. Certiorari denied.

No. 690, Misc. MAPLES *v.* NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 696, Misc. SIMMONS *v.* JACKSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 697, Misc. STEWART *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 704, Misc. ASHLEY *v.* WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied.